FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 0 1 2009 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:
HOLOCAUST VICTIMS ASSETS
LITIGATION

**ORDER**

Nos.  09-cv-3785 (ERK)
　　　 96-cv-4849 (ERK)

------------------------------------------------------------X

KORMAN, J.:

On a number of occasions I have directed the Clerk of the Court to give a particular matter in the Holocaust Victim Assets Litigation a separate docket number – a purely administrative mechanism that keeps all of the filings relating to the matter in one discrete file and that facilitates my ability to keep track of materials as they are filed. I am directing the Clerk to open such a file with respect to consideration of the Appeal of the Certified Denial of Claim Numbers 222744, 222749, 222480.

SO ORDERED.

Brooklyn, New York
September 1, 2009

/s/ Edward R. Korman
Edward R. Korman
United States District Judge

To be noticed:

Burt Neuborne
burt.neuborne@nyu.edu

Judah Gribetz
Judah.gribetz@bingham.com

Karen Asner
kasner@whitecase.com