United States District Court
Eastern District of New York

# NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

___09___ CV __3785__

1) indicated that this case is related to the following case(s):

__96 CV 4849__

_____

_____

-OR-

2) the case was directly assigned to Judge _____ and Magistrate Judge _____ as a Pro Se or Habeas case related to

___ CR/CV _____ .